## GRAHAM et al. v. PERRY.

No. 10721—Opinion Filed June 20, 1922.

(Syllabus.)

### Appeal and Error—Failure to File Brief—Dismissal.

Where a cause pending in this court has been set for hearing on the regular printed docket, and no appearance is made on behalf of the plaintiff in error, nor brief filed in compliance with rule No. 7 of this court (47 Okla. vi), and no showing made why the cause has not been briefed, this court will assume that the appeal has been abandoned, and the same will be dismissed for failure to file brief.

Error from District Court, Tulsa County; Conn Linn, Judge.

Action between J. C. Perry and W. M. Graham and United States Fidelity & Guar-

anty Company. From the judgment, the parties last named bring error. Appeal dismissed.

West, Sherman, Davidson & Moore, for plaintiffs in error.

Woodson E. Norvell, for defendant in error.

KENNAMER, J. This is an appeal by W. M. Graham and United States Fidelity & Guaranty Company, a corporation, from a judgment rendered in the district court of Tulsa county in favor of J. C. Perry.

The cause was set for hearing and submission on April 18, 1922. No appearance has been made on behalf of W. M. Graham and United States Fidelity & Guaranty Company, a corporation, plaintiffs in error, nor brief filed as required by rule No. 7 of this court (47 Okla. vi.).

In this situation, the court will assume that the appeal has been abandoned. It is, therefore, ordered that the appeal be, and the same is, dismissed.

HARRISON, C. J., and JOHNSON, MILLER, and NICHOLSON, JJ., concur.